McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 2:04-cr-0357-MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| RICHIE MISHAL, ) | |
| FAISAL RASHID, and ) | |
| PAMELA MOLNER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**IT IS HEREBY ORDERED:**   That the status conference date of November 7, 2006 is vacated and a new status conference is scheduled for December 12, 2006.  The Court finds that the time between today and December 12, 2006 is properly excluded under the Speedy Trial Act under Local Code T4.

DATED: November 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE