DAVID W. DRATMAN
Attorney at Law
California State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

HAYES H. GABLE, III
Attorney at Law
California State Bar No.060368
428 J Street, Suite 354
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916)447-2988
Email: hhgable@pacbell.net

Attorneys for Defendant
RICHIE MISHAL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:04-cr-00357-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: DEFENDANT RICHIE MISHAL ONLY** |
| vs. | |
| RICHIE MISHAL, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Carolyn Delaney, Assistant U.S. Attorney, and Riche Mishal, through his attorneys, David W. Dratman and Hayes H. Gable, that the status conference scheduled for March 6, 2007 be continued to March 27, 2007 at 8:30 a.m. for defendant Mishal only. (The other defendants will be proceeding on separate schedules.)

///

1   This matter continues to be complex within the meaning of the Speedy Trial Act due to the
2 volume of discovery, complexity of factual and legal issues and the need for defense counsel to have
3 additional time to prepare.  The parties stipulate that the ends of justice are met by excluding time
4 until March 27, 2007; and, that the need of this defendant for additional time to prepare exceeds the
5 public interest in a trial within 70 days.
6   This Court has previously determined that this case is complex.  Due to this finding and due
7 to the foregoing, the parties therefore, request that time continue to be tolled for Richie Mishal from
8 March 6, 2007 to and including March 27, 2007, pursuant to:
9 (1) Local Code T4 and Title 18, U.S.C., §3161(h)(8)(B)(iv)(preparation of counsel); and (2) Local
10 Code T2 and Title 18, U.S.C. § 3161(h)(8)(B)(ii)(due to case complexity).

11 Dated:  March 1, 2007                              /s/ David W. Dratman for
                                                                        DAVID W. DRATMAN
12                                                                      HAYES H. GABLE
                                                                        Attorneys for Defendant
13                                                                      RICHIE MISHAL

14

15 Dated: March 1, 2007                               McGREGOR W. SCOTT
                                                                        UNITED STATES ATTORNEY
16

17                                                                 By: /s/ Carolyn Delaney*
                                                                        CAROLYN DELANEY
18                                                                      Assistant U.S. Attorney
                                                                        *Signed with permission
19

20

21                                             **ORDER**

22        IT IS SO ORDERED.

23
     Dated:  March 8, 2007
24
                                                        _____
25                                                      MORRISON C. ENGLAND, JR.
                                                        UNITED STATES DISTRICT JUDGE
26

27

28