```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Ste. 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHIE MISHAL,<br>　aka Akram Abdellatif,<br>　aka Tom Hanney, and<br>FAISAL MOHAMMAD RASHID,<br>　aka Sal,<br><br>　　　　Defendants. | No. 2:04-cr-00357-MCE<br><br>PRELIMINARY ORDER OF FORFEITURE REGARDING PERSONAL PROPERTY OF RICHIE MISHAL AND FAISAL MOHAMMAD RASHID |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Richie Mishal and Faisal Mohammad Rashid, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a), defendants Richie Mishal and Faisal Mohammad Rashid's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

///

    a. Approximately $22,366 in U.S. Currency seized on or about September 15, 2004; and

    b. Approximately $15,000 in U.S. Currency seized on or about February 25, 2004.

  2. The above-listed property constitutes or was derived from proceeds obtained, directly or indirectly and/or used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 846, 841(c)(2) and 960(d)(3) and/or constitutes property, real or personal, involved in a violation of 18 U.S.C. § 1956, or is property traceable to such property.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

///

1        b.   This notice shall state that the petition shall be
2   for a hearing to adjudicate the validity of the petitioner's
3   alleged interest in the property, shall be signed by the
4   petitioner under penalty of perjury, and shall set forth the
5   nature and extent of the petitioner's right, title or interest in
6   the property and any additional facts supporting the petitioner's
7   claim and the relief sought.
8        c.   The United States may also, to the extent
9   practicable, provide direct written notice to any person known to
10  have alleged an interest in the property that is the subject of
11  the Order of Forfeiture, as a substitute for published notice as
12  to those persons so notified.
13     5.  If a petition is timely filed, upon adjudication of all
14  third-party interests, if any, this Court will enter a Final
15  Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 21
16  U.S.C. § 853(a), in which all interests will be addressed.
17     IT IS SO ORDERED.
18  Dated: September 25, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE