LAWRENCE G. BROWN
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:04-cr-00357-MCE, and 2:07-cr-00105-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| RICHIE MISHAL, | |
| Defendant. | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from April 30, 2009, to October 15, 2009, at 9:00 a.m. The reason for the request is to allow the defendant to complete the terms of his plea agreement.

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

Date: April 28, 2009         /s/ Richard J. Bender
                                  RICHARD J. BENDER
                                  Assistant United States Attorney

///

///

///

1

Date: April 28, 2009          /s/ Richard J. Bender for
                              HAYES H. GABLE, III
                              Attorney for Defendant

    IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE