```
LAWRENCE G. BROWN
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RICHIE MISHAL, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:04-cr-00357-MCE <br> 2:07-cr-00105-MCE <br><br><br> STIPULATION AND ORDER |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, David W. Dratman and Hayes Gable III, that the sentencing currently scheduled for October 15, 2009, be vacated and a sentencing hearing be scheduled for Thursday, January 28, 2010.

It is further stipulated and agreed between the parties that the following schedule be adopted:

    1.    The matter is referred to Probation:    10/15/09

    2.    Judgment and sentencing date:    1/28/10

|   |    |                                                                                                                                            |           |
|---|----|--------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 1 | 3. | Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 1/21/10   |
| 2 | 4. | The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:                                              | 1/14/2010 |
| 3 | 5. | Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:    | 1/07/2010 |
| 4 | 6. | The Proposed Pre-Sentence Report shall be disclosed to counsel no later than:                                                              | 12/24/09  |

Dated: October 14 , 2009                Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        U.S. Attorney

                                        /s/ Carolyn K. Delaney

                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

Dated: October 14 , 2009                /s/ David W. Dratman

                                        DAVID W. DRATMAN


                                        /s/ Hayes H. Gable III

                                        HAYES H. GABLE III
                                        Attorneys for Richie Mishal

**ORDER**

**IT IS HEREBY ORDERED:** that the sentencing currently scheduled for October 15, 2009, be vacated and a sentencing hearing be scheduled for Thursday, January 28, 2010.

It is ordered that the following schedule be adopted:

1. The matter is referred to Probation:    10/15/09
2. Judgment and sentencing date:    1/28/10
3. Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:    1/21/10
4. The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than:    1/14/2010
5. Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:    1/07/2010
6. The Proposed Pre-Sentence Report shall be disclosed to counsel no later than:    12/24/09

Dated: October 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3