UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:04-cr-00357-MCE |
| Plaintiff, | |
| v. | **ORDER REGARDING SENTENCING MEMORANDA** |
| RICHIE MISHAL, | |
| Defendants, | |

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.

///
///
///
///
///

The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued.

IT IS SO ORDERED.

Dated: April 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE