BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RICHIE MISHAL,<br>   aka Akram Abdellatif,<br>   aka Tom Hanney, and<br>FAISAL MOHAMMAD RASHID,<br>   aka Sal,<br><br>            Defendants. | 2:04-CR-00357-MCE<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about September 26, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a) based upon the plea agreements entered into between plaintiff and defendants Richie Mishal and Faisal Mohammad Rashid forfeiting to the United States the following property:

   a. Approximately $22,366 in U.S. Currency seized on or about September 15, 2004; and

   b. Approximately $15,000 in U.S. Currency seized on or about February 25, 2004.

1 AND WHEREAS, on October 18, 25, and November 1, 2007, the
2 United States published notification of the Court's Order of
3 Forfeiture in The Daily Recorder (Sacramento County), a newspaper of
4 general circulation located in the county in which the subject
5 property was seized.  Said published notice advised all third
6 parties of their right to petition the Court within thirty (30) days
7 of the publication date for a hearing to adjudicate the validity of
8 their alleged legal interest in the forfeited property;

9 AND WHEREAS, the United States sent direct written notice or
10 attempted direct written notice by certified mail to Ehab Elsayed
11 and Saima Iqbal Rashid;

12 AND WHEREAS, the Court has been advised that no third party has
13 filed a claim to the subject property, and the time for any person
14 or entity to file a claim has expired.

15 Accordingly, it is hereby ORDERED and ADJUDGED:

16 1.  A Final Order of Forfeiture shall be entered forfeiting to
17 the United States of America all right, title, and interest in the
18 above-listed property pursuant to 18 U.S.C. § 982(a)(1) and 21
19 U.S.C. § 853(a), to be disposed of according to law, including all
20 right, title, and interest of defendants Richie Mishal and Fisal
21 Mohammad Rashid.

22 2.  All right, title, and interest in the above-described
23 property shall vest solely in the name of the United States of
24 America.
25 ///
26 ///
27 ///
28 ///

3.  The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE